Jeremiah Johnson
Name and Address
1433 Kokoma Rd
Fremont, Ca. 94539

FILED
08 FEB -4 PM 2:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. 07-6510 MHP

Jeremiah Johnson
Plaintiff / Petitioner

VS.

James Tilton
Defendant / Respondent

Document Name:

Motion to withdraw Forma Pauperis application

Petitioners reason for withdrawing his Forma Pauperis application is because the filing fee was paid in full on 2-1-2008. See attached receipt

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015001
Cashier ID: buckler
Transaction Date: 02/01/2008
Payer Name: jeremiah johnson
------------------------------------
WRIT OF HABEAS CORPUS
 For: jeremiah johnson
 Amount:         $5.00
------------------------------------
CASH
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

c07 06510mhp

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Jeremiah Johnson
1433 Kokomo Rd
Fremont, Ca. 94539

OAKLAND CA 946
01 FEB 2008 PM 10 L

Attn. Clerk of Court
U.S. District Court
450 Golden Gate Ave, 16th Floor
San Francisco, Ca. 94102

**CONFIDENTIAL**