1. Jeremiah Johnson
   **Name and Address**
2. General Delivery
3. Richmond, Ca. 94802
4. (510) 837-2103

FILED
08 JUN 12 AM 9:43

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Jeremiah Johnson<br>**Plaintiff / Petitioner**<br><br>VS.<br><br>James Tilton<br>**Defendant / Respondent** | Case No. CV 07-6510 MHP<br><br>Document Name:<br><br>Change of address |

Jeremiah Johnson
General Delivery
Richmond, Ca. 94802