To: US district court

Fr: Jeremiah Johnson

Re: Order to show cause "trial court failed to inform petitioner of parole term" CV07-06510 MHP

Date: 8-5-2008

Petitioner would like to withdraw his claim that trial court failed to inform him of the parole term because it was brought to his attention in 2008 way after the time limits for filing his federal habeas petition that the trial court did in fact inform him of the parole term. The only reason he filed on this claim without first receiving his transcript was because the time limit for filing his federal petition under the A.E.D.P.A was running. Petitioner 1 year was up AUGUST 20, 2007. Before petitioner filed he had requested his transcripts numerous times from the clerk of court D.Keys and his attorney Maureen Kildee please see attached letter and declaration.



**PUBLIC DEFENDER**
**Contra Costa County**

David C. Coleman
Public Defender

**ALTERNATE DEFENDER OFFICE**
*Supervising Attorneys*
**Susan A. Hutcher**
Branch Supervisor

**Denise M. Nolan**
Assistant Public Defender

September 8, 2006

Jeremiah Johnson
CDC# V98845
San Quentin State Prison
San Quentin, CA  94964

Dear Mr. Johnson:

Per your request, I have enclosed a certified copy of the minute order reflecting your conviction in the above-referenced case. I have not enclosed the requested sentencing transcript because one was not generated for that court date. If you wish to obtain your own transcript, you may do so by contacting the reporter listed on the order.

In addition, I have not enclosed the police reports from your case. You were provided copies of the report while your case was pending, and since I am no longer working at the Richmond office, I do not have access to duplicate copies. You may contact the Richmond Public Defender Office if this is something you still want to pursue.

I hope that you are doing well.

Very truly yours,

Maureen Kildee
Deputy Public Defender

Declaration

    I Jeremiah Johnson the undersigned hereby do declare that I made numerous attempts to get Contra Costa County Public Defender and Clerk of the Court to furnish me with transcripts of the 6-20-06 court proceedings which would prove the trial court failed to inform me of the parole term, and also that I would no longer be eligible for half-time crdits on my three year sentence. I have been unable to obtain copies of these transripts for my petition for writ of habeas corpus, case no. 071327-2.

    However I received a letter from Maureen Kildee, Public Defender dated 9-8-06 which is enclosed with this petition for writ of habeas corpus as exhibit d. After I received this letter, I wrote the clerk via legal mail from San Quentin reception center, where I was held for 17 months with no access to the law library except on three or four occasions, before being transferred to Avenal State Prison. The clerk never responded, and I have not received the transcripts of the 6-20-06 change-of-plea and sentencing proceedings.

    I was unable to wait any longer for the trial transcripts of the 6-20-06 proceedings and had to file my claims in the Superior Court without them, since the one year time limit was running on my federal petition. I am requesting those transcripts again- see enclosed Motion to Produce Transcripts, Exhibit D.

    I declare under the penalty of perjury that the foregoing is true and correct.

September 27, 2007

                                               */s/ Jeremiah Johnson*
                                               Jeremiah Johnson V-98845

I, the undersigned, hereby certify that I am a party of within action.

Jeremiah Johnson

That on August 5, 2008 I served a true and correct copy (ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person (s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Post Office.

Office of the Clerk
U.S District Court
450 Golden Gate Ave
San Francisco, Ca. 94102

Attorney General
455 Golden Gate Ave St 11000
San Francisco, Ca. 94102

*[signature]*